IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                         21-mj-1102

NIKITA ANDREEVICH SKLYUEV,

            Defendant.

## NOTICE OF APPEARANCE

**TO:**   Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to remove Trial United States Attorney Russell T. Ippolito, as counsel for the United States and enter my appearance as counsel for the United States on the above-entitled action.

DATED:   Buffalo, New York, June 20, 2024

                                                TRINI E. ROSS
                                                United States Attorney

                    BY:    s/DOUGLAS A.C. PENROSE
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York  14202
                            716-843-5868
                            Douglas.Penrose@usdoj.gov